■ In the Matter of JANET M. KAY, Appellant, v GARRET R. CAMERON, Respondent. (Appeal No. 2.) [705 NYS2d 549] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Matter of Kay v Cameron* (270 AD2d 939 [decided herewith]). (Appeal from Order of Erie County Family Court, Figliola, J.H.O.—Support.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of SHAKYRA M. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DONNA M., Appellant. [705 NYS2d 549] —Order unanimously affirmed without costs. Memorandum: Family Court did not abuse its discretion in denying the motion of respondent to vacate an order of disposition entered upon her default, which terminated her parental rights. Respondent was in court when the date for the hearing was set. Therefore, her contention that she did not receive written notice of the hearing date does not constitute a reasonable excuse for the default, nor has respondent demonstrated a meritorious defense to the petition (*see, Matter of Vanessa M.*, 263 AD2d 542; *Matter of Little Flower Children's Servs. v Vernon J.*, 213 AD2d 548, 549; *see also, Matter of Monica Irene C.*, 262 AD2d 69, 70). (Appeal from Order of Erie County Family Court, Szczur, J.—Vacate Order.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ DALE L. HAYS, Respondent, v PENN TRAFFIC COMPANY, Doing Business as P&C FOODS, Appellant. [705 NYS2d 908] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: We agree with plaintiff that Supreme Court properly denied that part of defendant's motion seeking summary judgment on the false arrest cause of action. However, defendant is entitled to summary judgment dismissing the complaint to the extent that it alleges a cause of action for prima facie tort, i.e., the infliction of intentional harm, based on plaintiff's failure to plead special damages (*see, Lincoln First Bank v Siegel*, 60 AD2d 270, 279-280), and we modify the order accordingly. (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Summary Judgment.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.